In the matter of Max Brown. No opinion. Reference ordered to Hon. Roger A. Pryor, official referee. Settle order on notice.

BROWN, Respondent, v. ASSOCIATED OPERATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Charles B. Brown against the Associated Operating Company.

PER CURIAM. Motion to resettle order (in 165 App. Div. 702, 151 N. Y. Supp. 531) granted. The order as resettled should contain a recital as follows: "It is hereby ordered and adjudged that the judgment and order so appealed from be and the same are hereby reversed on questions of law and fact. The court having examined the evidence, and holding that the finding of the jury that plaintiff was free from negligence contributing to his injury was contrary to the fact and contrary to the evidence, said finding is hereby reversed, with costs and disbursements; and it is further ordered that the complaint herein be and the same hereby is dismissed on the merits, with costs."

BUCHMAN v. BERMAN. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Jacob Buchman against Abraham Berman, in which Benjamin Erde appeals. No opinion. Motion granted, on condition that the cause be placed on the April calendar, and be ready for argument when reached; otherwise, motion denied, with $10 costs. See, also, 152 N. Y. Supp. 1101.

BUCHMAN v. BERMAN (three cases). (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by Jacob Buchman against Abraham Berman, in which Benjamin Erde appeals. No opinion. Order modified, by striking out so much of the costs of the first action, viz., $15, as went into the counterclaim of the second action, and, as so modified, affirmed, without costs. See, also, 152 N. Y. Supp. 1101.

BUCKLEY, Respondent, v. J. & G. LIPPMANN, Appellants. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) In the matter of the arbitration of certain matters of difference between Martin D. Buckley and J. & G. Lippmann.

PER CURIAM. Order reversed, with $10 costs and disbursements, and judgment vacated. Held, that there was no valid submission of the controversy to arbitrators under the provisions of the statute.

BUFFALO BUILDERS' SUPPLY CO., Inc., Appellant, v. REEB, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by the Buffalo Builders' Supply Company, Incorporated, against Menno A. Reeb. No opinion. Motion for reargument (in 151 N. Y. Supp. 1107) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

BUFFALO SAVINGS BANK v. POLISH ROMAN CATHOLIC CHURCH OF THE HOLY MOTHER OF THE ROSARY, OF BUFFALO, et al. (DIOCESE OF BUFFALO, Intervener). (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) Action by the Buffalo Savings Bank against the Polish Roman Catholic Church of the Holy Mother of the Rosary, of Buffalo, and others, in which the Diocese of Buffalo, intervened and appeals. No opinion. Motion of Donnelly & O'Neil to amend order denied, with $10 costs. Held, the rights and interest of the attorneys, Donnelly & O'Neil are sufficiently cared for by the ninth paragraph of the order appealed from. See, also, 151 N. Y. Supp. 1107; 152 N. Y. Supp. 1101.

BUFFALO SAVINGS BANK v. POLISH ROMAN CATHOLIC CHURCH OF THE HOLY MOTHER OF THE ROSARY, OF BUFFALO, et al., (DIOCESE OF BUFFALO, Intervener). (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by the Buffalo Savings Bank against the Polish Roman Catholic Church of the Holy Mother of the Rosary, of Buffalo, and others, in which the Diocese of Buffalo intervened. Motions for reargument denied. Motions of the Diocese of Buffalo and the Pendock Company for leave to appeal to Court of Appeals granted, and questions for review certified. No opinion. Motion of Donnelly & O'Neil for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 152 N. Y. Supp. 1101.

In re BURNS. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) In the matter of the claim of William James Burns for workmen's compensation, in which the Southern Pacific Company, employer and self-insurer, appeals.

PER CURIAM. Decision and award affirmed.

KELLOGG, J., not sitting.

BUSHBY, Respondent, v. BERKELEY et al., Appellants. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by James C. Bushby against Lancelot M. Berkeley and another. L. M. Berkeley, of New York City, for appellants. M. D. Steuer, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 1079; 152 N. Y. Supp. 1101.

BUSHBY v. BERKELEY et al. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by James C. Bushby against Lancelot M. Berkeley and others. No opinion. Motion denied. Order filed. See, also, 153 App. Div. 742, 138 N. Y. Supp. 831; 152 N. Y. Supp. 1101.

BUSHWAY, Respondent, v. McGETRICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.)

Action by Patrick Bushway against Thomas Mc-Getrick. No opinion. Order affirmed, with $10 costs and disbursements.

BUTLER, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Lucie Butler against James D. O'Brien. A. C. Morgan, of New York City, for appellant. R. Foster, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re BUTTS. (Supreme Court, Appellate Division, First Department. April 16, 1915.) In the matter of Thomas W. Butts. No opinion. Application granted, and respondent disbarred. Settle order on notice.

CAHN, Appellant, v. MORRIS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Ferdinand Cahn against Abram Morris and another. Walter C. Low, of New York City, for appellant. M. L. Schallek, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 162 App. Div. 899, 146 N. Y. Supp. 1085.

CAIRE, Respondent, v. PIEL, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Julia A. Caire against Gottfried Piel. No opinion. Judgment and order unanimously affirmed, with costs.

CALDERO, Appellant, v. KAMENSTEIN, Respondent. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by John Caldero against Meyer Kamenstein. J. B. Eiseman. of Brooklyn, for appellant. J. F. Mahan, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

CALLAHAN v. ESCHER et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Josie Callahan against Louis Escher and another. PER CURIAM. Motion granted, provided that, within five days after entry of the order upon the decision of this motion. defendants file in the office of the clerk of Kings county for order of February 9, 1915, requiring plaintiff to file security for costs, and the papers upon which such order was founded. In default thereof, motion denied, with $10 costs.

CAMPION, Appellant, v. ROMAN CATHOLIC ORPHAN ASYLUM. Respondent et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Marion L. Campion against the Roman Catholic Orphan Asylum, impleaded with others. E. J. Myers, of New York City, for appellant. J. F. Daly, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1102.

CAMPION, Appellant, v. ROMAN CATHOLIC ORPHAN ASYLUM, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Mary L. Campion against the Roman Catholic Orphan Asylum, impleaded with others. E. J. Myers, of New York City, for appellant. J. F. Daly, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1102.

CAMPION v. ROMAN CATHOLIC ORPHAN ASYLUM et al. (two cases). (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Mary L. Campion against the Roman Catholic Orphan Asylum and others. E. J. Myers, of New York City, for. appellant. A. S. Pratt and J. F. Daly, both of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Orders filed. See, also, 152 N. Y. Supp. 1102.

In re CARNEGIE TRUST CO. NEW BELGRAVIA REALTY CO., Appellant, v. SUPERINTENDENT OF BANKS OF STATE OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 1, 1915.) In the matter of the Carnegie Trust Company. Action by the New Belgravia Realty Company against the Superintendent of Banks of the State of New York. G. E. Joseph, of New York City, for appellant. W. Ward, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

CARNEGIE TRUST CO. v. KRESS. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by the Carnegie Trust Company against Samuel H. Kress. No opinion. Motion granted; question certified; order filed. See, also, 152 N. Y. Supp. 1102.

CARNEGIE TRUST CO. v. KRESS. (Supreme Court, Appellate Division. First Department. April 1, 1915.) Action by the Carnegie Trust Company against Samuel H. Kress. No opinion. Motion denied. Settle order on notice. See, also, 151 N. Y. Supp. 1108; 152 N. Y. Supp. 1102.

CARNEGIE TRUST CO. v. KRESS. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Carnegie Trust Company against S. H. Kress. No opinion. Motion granted. Settle order on notice. See, also, 152 N. Y. Supp. 1102.

CARPENTER v. WARFIELD. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Nathaniel Carpenter against Carlos Warfield. No opinion. Motion denied with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1103.